Immigration and Naturalization Service — Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>July 22, 2003 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | INS A#<br>A 028 190 353 |
| APPLICATION NUMBER<br>LIN*000572296 | RECEIVED DATE<br>July 17, 2003 | PRIORITY DATE<br>July 17, 2003 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
FARIS ADNAN AL HELALI
c/o SANDRA K STRATTON
REFUGEE IMMIG SVCS SOUTH BEND
711 E COLFAX AVE
SOUTH BEND IN  46617

PAYMENT INFORMATION:

Single Application Fee:      $310.00
Total Amount Received:    $310.00
Total Balance Due:              $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:              August 05, 1966
Address Where You Live:   2510 PRIMROSE DR
                          VALPARAISO IN 46383

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY

LIN$000531991

**08 C 1396**          **JUDGE CASTILLO**
                       **MAGISTRATE JUDGE DENLOW**

Immigration and Naturalization Service — Notice of Action

## THE UNITED STATES OF AMERICA

| Fingerprint Notification | | NOTICE DATE: July 30, 2003 |
|---|---|---|
| CASE TYPE: N400 Application For Naturalization | | INS A#: A 028 190 353 |
| APPLICATION NUMBER: LIN*000572296 | RECEIVED DATE: July 17, 2003 | PRIORITY DATE: July 17, 2003 — PAGE: 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

FARIS ADNAN AL HELALI
c/o SANDRA K STRATTON
REFUGEE IMMIG SVCS SOUTH BEND
711 E COLFAX AVE
SOUTH BEND IN 46617

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS HAMMOND<br>7852 INTERSTATE PLAZA DRIVE<br>INDIANAPOLIS BLVD. (RT. 41)<br>HAMMOND IN 46324 | 08/19/2003<br>12:00 PM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☐ Wednesday afternoon ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS HAMMOND
7852 INTERSTATE PLAZA DRIVE
INDIANAPOLIS BLVD. (RT. 41)
HAMMOND IN 46324

If you have any questions regarding this notice, please call 1-800-375-5283.     REPRESENTATIVE COPY

APPLICATION NUMBER
LIN*000572296

**WARNING!**
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

Form I-797C (Rev. 09/07/93) N

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY
Bureau of Citizenship and Immigration Services

This is **NOT** a United States Passport

This Travel Document does not protect your residence for naturalization purposes. Pursuant to the provision of section 223 of the Immigration and Nationality Act, this document is issued to the person named herein and may be used to readmit its rightful holder to the United States, if otherwise admissible. See important information on pages 21, 22, 23, 24 and on the inside of the back cover.

*If this document is found, please return to:*
Bureau of Citizenship and Immigration Services
Nebraska Service Center
P.O. Box 87131
Lincoln, Nebraska 68501

THIS DOCUMENT AT ALL TIMES REMAINS THE PROPERTY OF THE UNITED STATES AND SHALL BE RETURNED TO THE GOVERNMENT UPON DEMAND.

_____
Signature of Bearer / Signature Du Titulaire

---

UNITED STATES OF AMERICA
Department of Homeland Security

Bureau of Citizenship
and Immigration Services

Refugee Travel Document
Form I-571 (Rev. 9-2-03)



Type/Catégorie: **TP**
Country/Pays: **IRAQ**
File Number/Numéro de Dossier: **A28190353**
Entries/Entrées: **M**
Book/Registre: **200034362**
Surname/Nom: **AL HELALI**
Given Names/Prénoms: **FARIS**
Middle Name/Deuxième Prénom: **ADNAN**
Date of Birth/Date de Naissance: **05 AUG/AOUT 1966**
Gender: **M**
Class: **PERMANENT RESIDENT**
Date of Issue/Date de délivrance: **12 JAN/JAN 2004**
Date of Expiration/Date d'Expiration: **12 JAN/JAN 2005**
Document de Voyage de Réfugié
Restrictions/Restrictions: **NONE**

TPUSAAL<HELALI<<FARIS<ADNAN<<<<<<<<<<<<<<<<
2000343628IRQ6608051M0501127LIN0322350882<94

To Whom It May Concern,

I am writing on behalf of Faris Al-Helali and his application for citizenship. Faris is currently employed by Strategic Analysis, Inc. as a Human Terrain Analyst and is working on a program called the Human Terrain System.

This program is vital to the increased safety and security of U.S. Forces deployed in Iraq. Faris' desire to volunteer to join this program and utilize his expertise in Iraqi language and culture is most admirable and worthy of immediate consideration for expedited citizenship processing. His expressed desire to provide this assistance to the United States, as a small token of his appreciation toward a nation that took him in and provided an opportunity to lead a productive life, is both admirable and worth of emulation. His service with the U.S. Army on this program will be of lasting benefit to the nation as a whole.

I will be happy to discuss any of this further if desired.

Respectfully submitted,

Timothy J. Zinck

*Tim Zinck*

*Director, Intelligence and Irregular Warfare*

*Strategic Analysis, Inc.*

703-276-2236 (O)

703-868-2891 (C)

**REFUGEE AND IMMIGRATION SERVICES OF SOUTH BEND**

*711 E. Colfax Ave.*
*South Bend, IN 46617*
*(574) 246-9209*
*fax (574)234-8177*
*refugee@michiana.org*

July 20, 2005

U.S. Department of Homeland Security
Citizenship & Immigration Services
10 W. Jackson Blvd.
Chicago, IL  60604

VIA: U.S. Certified Mail Receipt No.  7001 0320 0004 1745 2347

RE:  N-400 of Faris Al-Helali, A#028190353

Dear Sir/Madam:

    I am writing to inquire as to the status of the above-referenced application. I am enclosing a copy of my G-28 which has previously been filed in this matter. The receipt date is 10/28/03, the receipt number is LIN*000572296. Mr. Al-Helali had his interview on March 16, 2004, in Chicago and was told he had passed. Currently Mr. Al-Helali is in Iraq working for the Iraq Foundation.

    Thank you for your assistance in this matter. Please feel free to contact me if you need additional information.

Sincerely,

Sandra K. Stratton

## Refugee

**From:** "faris adnon" <faris2000@yahoo.com>
**To:** <refugee@michiana.org>
**Sent:** Tuesday, January 04, 2005 3:42 PM
**Subject:** contact info for Faris

Dear Sandra,

Please help me whenever you get the cermony letter by contacting this leady here:

Raya Barazanji
Chief Operating Officer
Iraq Foundation
Tel 202-347-3325
Fax 202-347-7897/7898
raya@iraqfoundation.org
www.iraqfoundation.org

Thanks
Faris Alhelali

=====

FarisAdnon

## Refugee

| | |
|---|---|
| From: | "faris adnon" <faris2000@yahoo.com> |
| To: | <refugee@michiana.org> |
| Cc: | "Frank" <afa0064@hotmail.com> |
| Sent: | Tuesday, July 19, 2005 1:37 AM |
| Subject: | Authorization |

Dear Sandra,

This is Faris Al-helali, one of your clients. I passed the citizenship interview on March 16th 2004 and I'm still waiting for the oath. Please try to help me regarding this matter and I authorize my Brother Faeiq Al-helali to contact you for any neccery steps towards this matter.

My best regards

Faris Al-helali

*Faris Adnon*

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.323 / Virus Database: 267.9.2/52 - Release Date: 7/19/05

7/19/05

Case 1:08-cv-01396   Document 1-2   Filed 03/07/2008   Page 8 of 11



**REFUGEE AND IMMIGRATION SERVICES OF SOUTH**

*711 E. Colfax Ave.*
*South Bend, IN 46617*
*(574) 246-9209*
*fax (574) 234-8177*
*sstratton@refugeesb.org*

August 9, 2006

Faris Al-Helali
501 Roosevelt Road, Apt. D
Valparaiso, IN 46383

Dear Mr. Al-Helali:

I am writing in follow-up to our telephone conversation of this date during which I informed you that Refugee & Immigration Services of South Bend has closed as of June 30. Therefore, I will not be able to continue to work with you on your application for naturalization. I am enclosing a copy of my letter to the Chicago District Office withdrawing my G-28 for this case. I am also enclosing a copy of the pertinent portions of your case file for your records.

I called today to inquire as to the status of your case and was told it was still pending for the FBI name check. I expressed to them your frustration at this delay when you have passed security clearances for work with the U.S. Army in Iraq, and the agent said that is just the way the system works. He said the time is very variable because an FBI field agent has actually been appointed to investigate your case and the amount of time this takes is not predictable.

I also attempted to verify your address. They were unable to assist me with this, because I could not tell them your last address. I urge you to contact CIS at 800-375-5283 to be sure your address information is correct. This is essential to your case moving forward.

I understand you will be contacting another attorney to represent you. The information from your file may be helpful to him or her. Please feel free to contact me if you have any questions. I wish you success.

Yours truly,

Sandra K. Stratton

AN AFFILIATE OF CHURCH WORLD SERVICE AND EPISCOPAL MIGRATION MINISTRIES
SUB-OFFICE OF EXODUS REFUGEE/IMMIGRATION INC., INDIANAPOLIS, IN

# REFUGEE AND IMMIGRATION SERVICES OF SOUTH BEND

711 E. Colfax Ave.
South Bend, IN 46617
(574) 246-9209
fax (574)234-8177
refugee@michiana.org

July 14, 2003

U.S. Bureau of Citizenship and Immigration Services
Nebraska Service Center
P.O. Box 87400
Lincoln, NE  68501-7400

Via Certified Mail #7001 0320 0004 1745 5751

RE:  N-400 of Faris AL-HELALI, A#28190353

Dear Sir/Madam:

I am enclosing the G-28, N-400, appropriate fees and supporting documentation for my above-referenced client.

    Please contact me if you have any questions or concerns.  Thank you for your assistance in this matter.

Sincerely,

Sandra K. Stratton

**REFUGEE AND IMMIGRATION SERVICES OF SOUTH**

711 E. Colfax Ave.
South Bend, IN 46617
(574) 246-9209
fax (574)234-8177
sstratton@refugeesb.org

August 9, 2006

U.S. Dept. of Homeland Security
Citizenship & Immigration Services
Chicago District Office
10 W. Jackson Blvd.
Chicago, IL  60604

VIA: U.S. Certified Mail Receipt No. 7001 0320 0004 1745 4495

RE: N-400 of Faris Al-Helali, A#28190353; LIN*000572296

Dear Sirs/Madams:

I am writing to inform you that Refugee & Immigration Services of South Bend has closed as of June 30, 2006.  Therefore, I am withdrawing my G-28 which has been previously filed in the above-referenced case.  Please contact Mr. Al-Helali directly in the future and please correct your records to reflect this change.  Thank you for your assistance.

Yours truly,

Sandra K. Stratton

**REFUGEE AND IMMIGRATION SERVICES OF SOUTH**

711 E. Colfax Ave.
South Bend, IN 46617
(574) 246-9209
fax (574) 234-8177
sstratton@refugeesb.org

August 9, 2006

U.S. Dept. of Homeland Security
Citizenship & Immigration Services
Chicago District Office
10 W. Jackson Blvd.
Chicago, IL 60604

VIA: U.S. Certified Mail Receipt No. 7001 0320 0004 1745 4495

RE: N-400 of Faris Al-Helali, A#28190353; LIN*000572296

Dear Sirs/Madams:

I am writing to inform you that Refugee & Immigration Services of South Bend has closed as of June 30, 2006. Therefore, I am withdrawing my G-28 which has been previously filed in the above-referenced case. Please contact Mr. Al-Helali directly in the future and please correct your records to reflect this change. Thank you for your assistance.

Yours truly,

Sandra K. Stratton