UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Faris Al-Helali**, ) | | |
|     **Plaintiff,** ) | | |
| v. ) | No.: | 08 C 1396 |
| ) | | |
| ) | A# 028190353 | |
| ) | | |
| **MICHAEL CHERTOFF,** ) | | |
| **AS THE DIRECTOR OF** ) | | |
| **THE DEPARTMENT OF HOMELAND** ) | | |
| **SECURITY** ) | | |
|     **Defendant** ) | | |

## NOTICE OF MOTION

To:    Donald R. Lorenzen
        United States Attorney's Office
        219 S. Dearborn St.
        Suite 500
        Chicago IL 60604
        Email:donald.lorenzen@usdoj.gov

PLEASE TAKE NOTICE that on **May 7, 2008, at 9:45 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Ruben Castillo**, or any Judge sitting in his stead, in Room 2141 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present: **Plaintiffs s Motion To Vacate Dismissal For Want Of Prosecution**.

                                      Plaintiff Faris Al-Helali

                                      By:      /s/ Reem H. Odeh
                                                  One Of Their Attorneys

Reem H. Odeh
Brodsky & Odeh
8 South Michigan, Ave.
Chicago, Illinois
(312)701-3000

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that the following statements set forth in this instrument are true and correct:  that I caused to be served the above and foregoing Notice of Motion and (1) Plaintiffs Motion To Vacate Dismissal For Want Of Prosection. via the U.S. District Court's Electronic Filing System to all parties of record on the 30th day of April, 2008 before 5:00 p.m.

          Plaintiff

          By: _____/s/ Reem H. Odeh_____
                     One Of Their Attorneys

JOEL A. BRODSKY
Brodsky & Odeh
8 South Michigan, Ave.
Chicago, Illinois
(312)701-3000