**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Faris Al−Helali
                           Plaintiff,

v.                                               Case No.: 1:08−cv−01396
                                                 Honorable Ruben Castillo

Michael Chertoff, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Motion hearing held on 5/7/2008. Plaintiff's motion to vacate dismissal for want of prosecution [14] is granted. Counsel appeared and advised the court that the parties have reached a tentative resolution. This case is hereby dismissed without prejudice with leave to reinstate by 6/23/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.